# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:19-po-056-1                                                Date: November 6, 2019

United States of America    vs.    Elizabeth C. Johnson

---

### HONORABLE DEBRA C. POPLIN, UNITES STATES MAGISTRATE JUDGE

---

| Jason Huffaker | DCR | Travis Worthington |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Jennifer Kolman | | Francis L. Lloyd, Jr. |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

☐   Defendant remains released on current bond
☐   Defendant remanded to custody

3:06 – 3:12

I, Jason Huffaker, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: KNOX-DCR_3_19po56_20191106_145460.dcr