UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:19-po-056-1 |
| | ) |
| ELIZABETH C. JOHNSON | ) |

ORDER

The Court finds after review of the defendant's sworn Financial Affidavit that the defendant, Elizabeth C. Johnson, may not have the funds to retain an attorney of her choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is **ORDERED** the following counsel will be appointed to represent the defendant:

**Francis L Lloyd, Jr.**
Law Office of Francis L. Lloyd, Jr.
9111 Cross Park Drive
Suite D-200
Knoxville, TN 37923
865-470-4077
865-978-6504 (fax)

**ENTER**: _____
United States Magistrate Judge